IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Ira Lee Wellington, #238506,<br><br>     Plaintiff,<br><br>vs.<br><br>NFN Paul, Doctor at Perry Correctional Institution; and Amy Enloe, Family Practitioner Nurse at Perry Correctional Institution, in their individual capacity,<br><br>     Defendants. | Civil Action No. 6:05-1342-RBH-WMC<br><br>**REPORT OF MAGISTRATE JUDGE** |

    This matter is before the court on motion of the plaintiff for voluntary dismissal filed July 12, 2005.  On July 15, 2005, defendant Enloe filed her response to the plaintiff's motion, indicating that she did not oppose dismissal of this action.[1]

    Wherefore, it is recommended that the plaintiff's motion be granted and this action be dismissed without prejudice.

                  s/William M. Catoe
                  United States Magistrate Judge

July 25, 2005

Greenville, South Carolina

---

[1] The record reveals that service was never perfected on defendant NFN Paul.